

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

PAUL BARRETT, individually and on behalf   )

   )

**vs.**   )   **Case No.** 3:15-cv-00132-GCM

   )

LOCAL LIGHTHOUSE, Inc., a California corpora )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____ Ted Lewis Johnson _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Stefan Louis Coleman

**BUSINESS ADDRESS (include firm name):** The Law Offices of Stefan Coleman, LLC
201 South Biscayne Boulevard, 28th Floor

**CITY:** Miami   **STATE:** Florida   **ZIP:** 33131

**OFFICE TELEPHONE: (** 877 **)** 333.9427   **FAX NUMBER: (** 888 **)** 498-8946

**E-MAIL ADDRESS (*required*):**
law@stefancoleman.com

This attorney will be representing:

Paul Barrett, indiviually and on behalf of all others similarly situated

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: <u>Southern, Middle, and Northern Districts of Florida and New Jersey</u>, and/or the highest court of the State of <u>Florida, New Jersey, and New York</u>, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

/s Ted Lewis Johnson
_____
**Signature:**

Ted Lewis Johnson
_____
**Printed Name**


_____
**Firm**

PO Box 5272
_____
**Street Address**

Greensboro, NC 27435
_____
**City, State, Zip**

336.252.8596
_____
**Telephone Number**


_____
**Fax Number**

tedlewisjohnson@tedlewisjohnson.com
_____
**E-Mail Address**