IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-132-GCM

| | |
|---|---|
| **PAUL BARRETT, individually and on behalf of all others similarly situated,** )<br>Plaintiff, )<br>v. )<br>)<br>**LOCAL LIGHTHOUSE, INC.,**<br>a California Corporation, )<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Stephan Louis Coleman,** filed March 19, 2015 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Coleman is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Paul Barrett, individually and on behalf of all others similarly situated.

**IT IS SO ORDERED.**

Signed: March 23, 2015

Graham C. Mullen
United States District Judge